IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CANDICE GUTIERREZ,                                    O R D E R
                                              Civ. No. 09-6291-TC

          Plaintiff,

     vs.

LARRY K. HOUCHIN, Municipal
Court Judge at the City of
Lebanon; JOHN HITT, City Manager
of the City of Lebanon; THE CITY OF
LEBANON, an Oregon municipal
corporation; JOHN DOES 1-3; and
LARRY HOUCHIN, private individual,

          Defendants.

---

AIKEN, Chief Judge:

     Magistrate   Judge   Coffin   filed   his   Findings   and

Recommendation on October 4, 2011.   The matter is now before me

pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).

1 - ORDER

1  When a party objects to any portion of the Magistrate's Findings
2  and Recommendation, the district court must make a _de novo_
3  determination of that portion of the Magistrate's report.  28
4  U.S.C. § 636(b)(1)(B); <u>McDonnell Douglas Corp. v. Commodore</u>
5  <u>Business Machines</u>, 656 F.2d 1309, 1313 (9th Cir. 1981), <u>cert.</u>
6  <u>denied</u>, 455 U.S. 920 (1982).

7         Plaintiff has timely filed objections.  I have, therefore,
8  given the file of this case a _de novo_ review.  I ADOPT the
9  Magistrate's Findings and Recommendation (doc. 57) that
10  defendants John Hitt's and City of Lebanon's motion for summary
11  judgment (doc. 25) is granted on the federal and state law claims
12  against them, leaving this claim to proceed solely against
13  defendant Houchin.  Further, defendants John Does 1-3 are
14  dismissed from this action and the Clerk of Court is directed to
15  remove them from the case caption.

16  IT IS SO ORDERED.
17         Dated this 6th day of December 2011.

18
19
20
21                                    _____
22                                          Ann Aiken
                                      United States District Judge
23
24
25
26
27
28

2 - ORDER